# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Kenneth K Schott | ) | Chapter 13 |
| Lurine L Schott | ) | Case No. 16 B 10226 |
| Debtor(s) | ) | Judge Pamela S. Hollis |

## Notice of Motion

Kenneth K Schott
Lurine L Schott
13136 Fox Hill Court
Lemont, IL  60439

Debtor Attorney: Sulaiman Law Group Ltd
via Clerk's ECF noticing procedures

On June 22, 2016 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, May 21, 2016.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 03/24/2016.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to amend the means test to correct improper deductions or to provide requested and required proof thereof.

4. The debtor(s) have failed to commit all disposable income to the plan.

5. The debtor(s) have failed to amend the Statement of Financial Affairs to provide the correct answer and disclosures.

6. The debtor(s) have failed to amend the plan to provide for fixed monthly payments to the creditors listed in E3.1 of the plan.

7. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE