UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Kenneth K Schott  
    Lurine L Schott  
          Debtor(s)

Case No. 16 B 10226

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 06/21/2016.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,388.00 |
| Less amount refunded to debtor | $1,332.48 |

**NET RECEIPTS:** $55.52

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $55.52 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $55.52

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American InfoSource LP as agent for | Unsecured | 84.80 | NA | NA | 0.00 | 0.00 |
| American Water | Unsecured | 370.32 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 5,663.00 | NA | NA | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 15,663.00 | NA | NA | 0.00 | 0.00 |
| BEALLS / WORLD FINANCIAL NETWO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 23,427.00 | NA | NA | 0.00 | 0.00 |
| Candica, LLC | Unsecured | 1,014.83 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 27,248.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Comed | Unsecured | 395.92 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/Carsons | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Eddie Bauer | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Vctrssec | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit First/CFNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services LLC | Unsecured | 20,206.00 | NA | NA | 0.00 | 0.00 |
| Dr. Laj, DDS | Unsecured | 528.00 | NA | NA | 0.00 | 0.00 |
| Dsnb Macys | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EM Strategies | Unsecured | 162.93 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Company LLC | Secured | 2,859.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit Company LLC | Secured | 2,859.00 | NA | 2,859.00 | 0.00 | 0.00 |
| Illinois American Water | Unsecured | 389.48 | NA | NA | 0.00 | 0.00 |
| Illinois American Water | Unsecured | 243.21 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Secured | 2,066.22 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Revenue | Secured | 2,066.22 | NA | 2,066.22 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 4,097.00 | NA | NA | 0.00 | 0.00 |
| IRS Department of Treasury | Secured | 2,100.00 | NA | 2,100.00 | 0.00 | 0.00 |
| IRS Department of Treasury | Secured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| Kohls/Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Kohls/Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Lincoln Financial | Unsecured | 8,900.00 | NA | NA | 0.00 | 0.00 |
| M&T Bank | Secured | 19,554.00 | NA | 19,554.00 | 0.00 | 0.00 |
| M&T Bank | Secured | 222,303.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Secured | 4,796.00 | NA | 4,796.00 | 0.00 | 0.00 |
| Midland Funding | Secured | 4,796.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 123.89 | NA | NA | 0.00 | 0.00 |
| Oakview Dental Group | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| PRA Receivables Management | Secured | 1,776.00 | NA | NA | 0.00 | 0.00 |
| PRA Receivables Management | Secured | 1,776.00 | NA | 1,776.00 | 0.00 | 0.00 |
| PRA Receivables Management, as agent o | Unsecured | 1,776.00 | NA | NA | 0.00 | 0.00 |
| Silver Cross Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/HH Greg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/HH Greg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/JC Penney | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/JC Penney | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Sams | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Walmart | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tom Spasojevich | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| Trans Union LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vision Financial Servi | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Vision Financial Servi | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $33,151.22 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,151.22** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $55.52 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$55.52** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/27/2017         By:/s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**